## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

KEVIN WALCOTT, : No. 32 MM 2019
:
                Petitioner :
:
:
:
          v. :
:
:
:
JOHN A. VASKOV, ESQUIRE DEPUTY :
PROTHONOTARY OF THE SUPREME :
COURT OF PENNSYLVANIA IN HIS :
OFFICIAL CAPACITY, :
:
               Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of May, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.